# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DR. JOSEPHINE S. LOCKLEAR, )<br>MARGARET H. CHAVIS, RENEE HAMMONDS, )<br>CAROLINE WILLIAMSON, )<br>        Plaintiffs, )<br>)<br>)<br>   v. )<br>)<br>THE ROBESON COUNTY BOARD OF )<br>EDUCATION, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:04-CV-54-F(3)** |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that pursuant to the court's order of September 20, 2006, the defendant's Motion for Summary Judgment is ALLOWED in part and DENIED in part. To the extent that the Motion for Summary Judgment applies to Plaintiff Renee Hammonds' race discrimination claims, the motion is DENIED. Furthermore, to the extent that the motion seeks judgment on Plaintiff Hammonds' claim for backpay, the motion is DENIED. In all other respects, the motion is ALLOWED and the claims of Plaintiff Chavis, Locklear and Williamson are DISMISSED, as is Plaintiff Hammonds' retaliation claim.

     FURTHER, pursuant to the court's order of January 3, 2007, Defendant's Motion to Enforce Settlement Agreement is ALLOWED, and the claims asserted by Plaintiff Hammonds hereby are DISMISSED with prejudice. Defendant is DIRECTED to pay Plaintiff Hammonds the sum of $45,000.00 within twenty days of the filing date of the order.

     IT IS FURTHER ORDERED pursuant to the court's order of January 23, 2007, that the Clerk of Court is DIRECTED to issue payment to Charles K. McCotter in the amount of $1,000.00 for his services as Special Master in this matter. Defendant Robeson County Board of Education is ORDERED to pay to Charles K. McCotter the amount of $3,322.14 within thirty days of the filing date of this order for his services as Special Master in this matter. Plaintiff Josephine Locklear is ORDERED to pay Charles K. McCotter $830.54 within thirty days of the filing date of this order. Plaintiff Margaret Chavis is ORDERED to pay Charles K. McCotter $830.54 within thirty days of the filing date of this order. Plaintiff Renee Hammonds is ORDERED to pay Charles K. McCotter $830.54 within thirty days of the filing date of this order. Finally, Plaintiff Carolina Williamson is ORDERED to pay to Charles K. McCotter $830.54 within thirty days of the filing date of this order. The Clerk of Court is DIRECTED to serve this order on Mr. McCotter.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 1, 2007**, AND A COPY MAILED TO:

| | |
|---|---|
| Julius LeVonne Chambers<br>741 Kenilworth Ave., Suite 300<br>Charlotte, NC 28236-6486 | Wayne A. Bullard<br>P.O. Drawer 2178<br>Wilmington, NC 28402 |
| James E. Hairston<br>107 Fayetteville Street, Suite 200<br>Raleigh, NC 27601 | Charles K. McCotter, Jr.<br>P.O. Box 12800<br>New Bern, NC 28561-2800 |

February 1, 2007
Date

*Wilmington, North Carolina*

MICHAEL BROOKS,
Acting Clerk of Court

/s/ Susan K. Enyart
*(By) Deputy Clerk*